IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANNA MARIE YOUNG ,                          *

      Plaintiff,                          *

v.                                          Case No.   5:24-cv-00127-MTT-CHW

                                           *

COMMISSIONER OF SOCIAL SECURITY,

                                           *

      Defendant.

_____   *

**J U D G M E N T**

Pursuant to the Order of this Court filed July 14, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $5,020.00.

This 15th day of July, 2026.

David W. Bunt, Clerk


s/  Raven K. Alston, Deputy Clerk